187 So.2d 741

**Ralph R. PICKENS**

v.

**Evelyn Maria HAWAYEK, wife of
Ralph R. PICKENS.**

No. 48286.

June 30, 1966.

In re: Mrs. Evelyn Hawayek, divorced wife of Ralph R. Pickens, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 186 So.2d 683.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

187 So.2d 741

**Alvin K. BATES**

v.

**GULF STATES UTILITIES COMPANY.**

No. 48288.

June 30, 1966.

In re: Alvin K. Bates applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 186 So.2d 895.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.